IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 14 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00341-BNB

DAVID LEE BURKHART,

    Plaintiff,

v.

WARDEN RAE TIMME, In her Official and Personal Capacity,
CASE MANAGER ARTHUR TRAINOR, In his Official and Personal Capacity,
ASSISTANT WARDEN RON WAGER, In his Official and Personal Capacity,
CASE MANAGER III SHELLY ORTIZ, In her Official and Personal Capacity, and
CORRECTIONAL OFFICER I MS. SEGURA, In her Official and Personal Capacity,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED March 14, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00341-BNB

David Lee Burkhart
Prisoner No. 146917
Fremont Correctional Facility
PO Box 999
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on March 14, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk