IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00341-MSK-MEH

DAVID LEE BURKHART,

    Plaintiff,

v.

WARDEN RAE TIMME, in her official and personal capacities,
CASE MANAGER ARTHUR TRAINOR, in his official and personal capacities,
ASSISTANT WARDEN RON WAGER, in his official and personal capacities,
CASE MANAGER III SHELLY ORTIZ, in her official and personal capacities,
CORRECTIONAL OFFICER I MS. SEGURA, in her official and personal capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 14, 2011.**

    Plaintiff's Motion Requesting Leave to File Amended Prisoner Complaint [filed July 11, 2011; docket #46] is **denied without prejudice**. Plaintiff must submit his proposed Amended Complaint in conjunction with a motion for leave, for the Court and Defendants' review. The deadline for amendment of pleadings and joinder of parties is set at July 30, 2011. (Docket #30.)

    The Court notes that the time for amendment as a matter of course has passed, pursuant to Fed. R. Civ. P. 15(a)(1). Thus, Plaintiff may amend his complaint "only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2).