IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00341-MSK-MEH

DAVID LEE BURKHART,

    Plaintiff,

v.

WARDEN RAE TIMME, in her official and personal capacities,
CASE MANAGER ARTHUR TRAINOR, in his official and personal capacities,
ASSISTANT WARDEN RON WAGER, in his official and personal capacities,
CASE MANAGER III SHELLY ORTIZ, in her official and personal capacities,
CORRECTIONAL OFFICER I MS. SEGURA, in her official and personal capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 27, 2011.**

    Plaintiff's second Motion Requesting Leave to File Amended Prisoner Complaint [filed July 25, 2011; docket #50] is **denied without prejudice**. Again, Plaintiff must submit a proposed amended complaint in conjunction with a motion for leave, for the Court and Defendants' review. The proposed amended complaint must be complete, not piecemeal. The proposed amended complaint presented by Plaintiff in this motion is not complete, but is intended to be read with the original complaint.

    Furthermore, Plaintiff must submit the proposed amended complaint on the form established by this district for prisoner pleadings. D.C. Colo. LCivR 8.2A. The Clerk of Court is instructed to mail a blank form to Plaintiff with this minute order.[1]

    As previously noted, the deadline for amendment of pleadings and joinder of parties was set at July 30, 2011. (Docket #30.) The Court permits Plaintiff up to and including **August 11, 2011**, in which to file a proposed amended complaint compliant with this minute order.

---

[1] Plaintiff utilized the correct form for his initial complaint. (Docket # 1.)