IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00341-MSK-MEH

DAVID LEE BURKHART,

    Plaintiff,

v.

WARDEN RAE TIMME, in her official and personal capacities,
CASE MANAGER ARTHUR TRAINOR, in his official and personal capacities,
ASSISTANT WARDEN RON WAGER, in his official and personal capacities,
CASE MANAGER III SHELLY ORTIZ, in her official and personal capacities,
CORRECTIONAL OFFICER I MS. SEGURA, in her official and personal capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 22, 2011.**

    Before the Court is Plaintiff's third "Petition Requesting Leave to File An Amended Prisoner Complaint" [filed August 15, 2011; docket #56]. Although Plaintiff's Petition fails to provide a reason why the Court should grant the leave requested, the Court refers to Plaintiff's second Motion (docket #50) to determine whether justice so requires leave to amend. Plaintiff's second Motion requests leave "due to minor errors in [the] initial pleading." However, the Motion does not identify the erroneous statements or the proposed changes. The Court is not required to sift through the initial and proposed complaints to make this determination on its own. Pursuant to Fed. R. Civ. P. 15(a), the Court finds that the Plaintiff has failed to show why justice so requires leave to amend. Therefore, the Plaintiff's Petition is **denied without prejudice**.